UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 11

**GETRAG TRANSMISSION**                             Case No. 08-68112
**MANUFACTURING, LLC,**

    Debtor.                                     Hon. Marci B. McIvor
_____/

## NOTICE OF TRANSFER OF PROOF OF CLAIM NO. 27

Windmill Holdings, Inc. ("Windmill"), by its attorneys Honigman Miller Schwartz and Cohn LLP, hereby gives notice that Proof of Claim No. 27 filed by American Glass and Metals Corporation ("AGM") has been transferred to Windmill for security. A copy of the Assignment of Proof of Claim No. 27 Against Getrag Transmission Manufacturing LLC is attached.

    Respectfully submitted,

    HONIGMAN MILLER SCHWARTZ AND COHN LLP, Attorneys for Walbridge Aldinger Company

    /s/ Judy B. Calton
    Judy B. Calton (P38733)
    2290 First National Building
    660 Woodward Avenue
    Detroit, MI 48226-3506
    Telephone: (313) 465-7344
    Facsimile: (313) 465-7345
    Email: jcalton@honigman.com

Dated: July 7, 2010

DETROIT.4261706.1

## ASSIGNMENT OF PROOF OF CLAIM No. 27
## AGAINST GETRAG TRANSMISSION MANUFACTURING LLC

American Glass and Metals Corporaiton hereby transfers its Proof of Claim No. 27 filed against Getrag Transmission Manufacturing LLC to Windmill Holdings, Inc. for security under the Loan Documents which include, without limitation, the following:

1. Promissory Note (Line of Credit) made by Borrower in favor of Assignor dated December 21, 2009, in the original principal amount of $2,000,000.00 (the "Note");

2. Business Loan Agreement (Line of Credit) by and between Borrower and Assignor dated December 21, 2009 (the "Loan Agreement"); and

3. Security Agreement made by Borrower in favor of Assignor dated December 21, 2009 (the "Security Agreement").

AMERICAN GLASS AND METALS CORPORATION

By: *James D. Vogelsberg*
James D. Vogelsberg

Its: President

Dated: July 7, 2010

DETROIT.4261681.1