**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                                Chapter 11

**GETRAG TRANSMISSION**                                 Case No. 08-68112
**MANUFACTURING, LLC,**

    Debtor.                                                     Hon. Marci B. McIvor
_____/

CERTIFICATE OF SERVICE

    I hereby certify that on July 7, 2010, I electronically filed *Notice of Assignment of Project Demand of American Glass and Metal Corporation and Notice of Transfer of Proof of Claim* using the ECF system which will send notification of such filing to the following:

Joel D. Applebaum on behalf of Creditor ThyssenKrupp EGM GmbH
japplebaum@clarkhill.com

Dirk H. Beckwith on behalf of Interested Party Vectren Energy Delivery of Indiana, Inc.
dbeckwit@fosterswift.com, kwhite@fosterswift.com

Leslie K. Berg on behalf of U.S. Trustee Daniel McDermott
Leslie.K.Berg@usdoj.gov

Christopher G. Bovid on behalf of Creditor Chelsea Architectural Millworks, Inc.
cbovid@myers2law.com

Judy B. Calton on behalf of Creditor Walbridge, Aldinger Co.
jcalton@honigman.com

Julie A. Camden on behalf of Creditor Universal Wall Systems, Inc.
jc@d-slaw.com

Scott A. Chernich on behalf of Creditor Chance Bros. Marble & Tile Inc.
SChernich@fosterswift.com, jphillips@fosterswift.com

Trent B. Collier on behalf of Defendant Global LT
tcollier@dickinsonwright.com, pminor@dickinsonwright.com

Michael G. Cruse on behalf of Creditor Borg Warner Transmission Systems Inc.
mcruse@wnj.com, hziegler@wnj.com

Shannon L. Deeby on behalf of Creditor Dell Marketing, L.P.

sdeeby@clarkhill.com

Bruce N. Elliott on behalf of Creditor Schaeffler Group USA, Inc.
elliott@cmplaw.com

Patricia B. Fugee on behalf of Creditor Fred Christen & Sons Company
pfugee@ralaw.com, tburgin@ralaw.com

Michael J. Gill on behalf of Creditor Chrysler LLC
mgill@mayerbrown.com

Robert D. Gordon on behalf of Creditor Moorehead Electric Co., Inc.
rgordon@clarkhill.com, lbellguzzo@clarkhill.com

Seth D. Gould on behalf of Plaintiff Walbridge Aldinger Company
sgould@wiennergould.com, kmenzies@wiennergould.com

Jeffrey J. Graham on behalf of Creditor Moorehead Electric Co., Inc.
jgraham@taftlaw.com, ecfclerk@taftlaw.com;docket@taftlaw.com;dwineinger@taftlaw.com

Jeffrey S. Grasl on behalf of Debtor In Possession Getrag Transmission Manufacturing LLC
jgrasl@mcdonaldhopkins.com, sharrow@mcdonaldhopkins.com

John T. Gregg on behalf of Creditor General Interiors, Inc.
jgregg@btlaw.com

Lisa Sommers Gretchko on behalf of Creditor Applied BTU, Inc.d/b/a Environmental Engineering & Technology
lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

Stephen M. Gross on behalf of Debtor In Possession Getrag Transmission Manufacturing LLC
sgross@mcdonaldhopkins.com, shelly.harrow@gmail.com

Paula A. Hall on behalf of Attorney Brooks Wilkins Sharkey & Turco
hall@bwst-law.com, marbury@bwst-law.com

Matthew D. Harper on behalf of Creditor Hoover Wells, Inc.
mdharper@eastmansmith.com

Daniel M. Katlein on behalf of Creditor Westfield Steel, Inc.
dkatlein@allardfishpc.com, allardfishpc@yahoo.com

James A. Knauer on behalf of Creditor A.B. Young Companies
hns@kgrlaw.com

Kay Standridge Kress on behalf of Creditor SKF USA Inc.

kressk@pepperlaw.com

James M. Lawniczak on behalf of Creditor Conti Temic microelectronic GmbH
jlawniczak@calfee.com

David A. Lerner on behalf of Interested Party Fargo Insulation Company, Inc.
dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com

Benjamin S. Manson on behalf of Creditor Schindler Elevator Corporation
bmanson@oaspc.com, lweyersberg@oaspc.com

Hugh R. McCombs on behalf of Creditor Chrysler LLC
hmccombs@mayerbrown.com

Patrick E. Mears on behalf of Creditor Indiana Municipal Power Agency
pmears@btlaw.com

James P. Moloy on behalf of Creditor Faco, LLC
jmoloy@dannpecar.com

Peter T. Mooney on behalf of Creditor Unior d.d.
pmooney@sfplaw.com, lstevens@sfplaw.com;bankruptcy@sfplaw.com

Jonathan C. Myers on behalf of Creditor Siemens Building Technologies, Inc.
jmyers@jaffelaw.com

Melvin R. Partovich on behalf of Creditor Ferguson Enterprises, Inc.
partovich@aol.com

Mark A. Phillips on behalf of Creditor Industrial Power Systems, Inc.
mphillips@beneschlaw.com, docket@beneschlaw.com

Ronald L. Rose on behalf of Creditor Chrysler LLC
rrose@dykema.com,pnystrom@dykema.com

Jayson Ruff on behalf of Attorney McDonald Hopkins PLC
jruff@mcdonaldhopkins.com

Jayson Ruff on behalf of Consultant UHY Advisors MI, Inc.
jruff@mcdonaldhopkins.com

Jayson Ruff on behalf of Debtor In Possession Getrag Transmission Manufacturing LLC
jruff@mcdonaldhopkins.com,sseabolt@foley.com,jsimon@foley.com

Dianne S. Ruhlandt on behalf of Creditor Industrial Maintenance Specialists, Inc. (IMS)
druhlandt@ermanteicher.com

Ralph R. Safford on behalf of Interested Party Electro-Matic Products, Inc.
rsafford@saffordbaker.com

James C. Schroeder on behalf of Creditor Chrysler LLC
jschroeder@mayerbrown.com

Scott T. Seabolt on behalf of Plaintiff Getrag Transmission Manufacturing LLC
sseabolt@foley.com

Roy C. Sgroi on behalf of Creditor Schindler Elevator Corporation
rcs@sgroilaw.com

John M. Sier on behalf of Creditor Motor City Electric Technologies, Inc
john.sier@kitch.com

John A. Simon on behalf of Attorney Foley & Lardner LLP
jsimon@foley.com

Kevin N. Summers on behalf of Creditor American Glass And Metals Corporation
ksummers@psedlaw.com, mmichael@psedlaw.com

Michael J. Tauscher on behalf of Creditor Angelo Iafrate Consrtuction Co.
mtauscher@scopelitis.com, jkwiatkowski@scopelitis.com

Julie Beth Teicher on behalf of Creditor Industrial Maintenance Specialists, Inc. (IMS)
jteicher@ermanteicher.com,aharker@khclegal.com

Anthony Vittiglio on behalf of Creditor B&B Concrete Placement, Inc.
avittiglio@ddp-law.com, lswartz@ddp-law.com;lvermeulen@ddp-law.com;mberry@ddp-law.com

Jay L. Welford on behalf of Creditor Siemens Building Technologies, Inc.
jwelford@jaffelaw.com

Matthew Wilkins on behalf of Creditor Committee Unsecured Creditor's Committee
wilkins@bwst-law.com, marbury@bwst-law.com

James Thomas Young on behalf of Creditor Colby Equipment Company, Inc.
james@rubin-levin.net

**And mailed to the following:**

Mr. Louis Glazier
Franklin Advisors LLC
32300 Northwestern Highway

Suite 200
Farmington Hills, MI 48334

John J. Stockdale, Jr.
Schafer and Weiner, PLLC.
40950 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304


                    Respectfully submitted,

                    HONIGMAN MILLER SCHWARTZ AND COHN LLP
                    Attorneys for Windmill Holdings, Inc.


Dated: July 7, 2010      By:    /s/ Judy B. Calton
                              Judy B. Calton, Esq. (P38733)
                    Honigman Miller Schwartz and Cohn LLP
                    2290 First National Building
                    660 Woodward Avenue
                    Detroit, MI 48226
                    Telephone: (313) 465-7344
                    Facsimile: (313) 465-7345
                    Email: jcalton@honigman.com

DETROIT.4093013.1